## SAGINAW CLUB v. UNITED STATES.
### No. 42062.

Court of Claims.
June 4, 1934.

304

Claude M. Houchins, of Washington, D. C. (Walker & Houchins, of Washington, D. C., on the brief), for plaintiff.

Frank K. Dyar, of Washington, D. C., and Frank J. Wideman, Asst. Atty. Gen., for defendant.

Before BOOTH, Chief Justice, and ·GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

Upon the foregoing special findings of fact, which are made part of the judgment herein, the court decides as a conclusion of law that the plaintiff is not entitled to recover, and the petition is therefore dismissed. Judgment is rendered against the plaintiff for the cost of printing the record herein; the amount thereof to be ascertained and collected by the clerk, according to law.

See Phi Gamma Delta Club v. United States, 5 F. Supp. 140, 78 Ct. Cl., ——; Union League Club v. United States, 4 F. Supp. 929, 78 Ct. Cl. ——; Quinnipiack Club v. United States, 4 F. Supp. 996, 78 Ct. Cl. ——; University Club, City of Washington, D. C., v. United States (Ct. Cl.) 6 F. Supp. 129, decided March 5, 1934.